4/27/2017            RepAgencyWorks Court Reporting Software

Kelley Reporting Associates, LTD.
515 S Main Street, Suite #105
Wichita, KS 67202
Phone: 316-267-8200



RECEIVED
MAY 01 2017
Martin, Pringle

# INVOICE

MARTIN PRINGLE OLIVER WALLACE & BAUER, LLP
ATTN: W. Rick Griffin
100 N BROADWAY ST, STE 500
WICHITA, KS 67202-2205

Invoice Number: 202790
Invoice Date: 04/27/2017
Job Number: 107883

In Re:   Prudential Insurance of America v Hawker Beechcraft Global
        Witness(s): Brad Guyton
        Attendance Date: 04/25/2017, 10:00am
        Reporter: Kathy R. Bonfiglio
        Reference: Brenda

| Qty | Description | Ext |
|---|---|---|
| | **BRAD A. GUYTON** | |
| 1 | Appearance Fee | 75.00 |
| 177 | Original & 1 (Second Day Expedite) | 1203.60 |
| 1 | Postage | 10.08 |
| 1 | Signature Fee | 25.00 |
| 199 | Exhibits | 39.80 |
| 31 | Exhibits - Color | 31.00 |
| 26 | Tabs | 5.20 |
| | Invoice Total: | 1389.68 |

We Appreciate Your Business!

Tax ID: 48-1080971

A finance charge of 1.5% per month or the maximum allowed by law may be charged on balances more than 30 days past due.

*Please detach bottom portion and return with payment*

---

| Invoice Number: | 202790 |
|---|---|
| Invoice Date: | 04/27/2017 |
| Amount Due: | $1389.68 |
| Amount Enclosed: | $ |

**CREDIT CARDS ACCEPTED**

  

Cardholder's Name:
Card Number:
Exp. Date:     Phone:
Billing Address:
Zip:     Security Code:
Signature:

000001

DON THOMPSON & ASSOCIATES

COURT REPORTERS

PO BOX 2236

BANGOR, MAINE 04402-2236

207-394-3900

DATE: AUGUST 18, 2017

FEDERAL ID# 01-0482981

INVOICE NO: KD#01-1195

Michael Jones, ESQ

MARTIN, PRINGLE, OLIVER, WALLACE & BAUER, LLP

100 North Broadway, Suite 500

Wichita, KS 67202

mgjones@martinpringle.com

IN RE: THE PRUDENTIAL COMPANY vs HAWKER BEECHCRAFT GLOBAL CUSTOMER SUPPORT

Deposition of MATTHEW STERN, AUGUST 16, 2017, 106 pages

| | |
|---|---|
| ORIGINAL PLUS ONE | $ 371.00 |
| Appearance fee | $ 100.00 |
| Copying of Exhibits | $ 38.00 |
| Postage | $ 20.00 |

TOTAL . . . . . . . . . . . . . . $ 529.00

Please send copy of invoice with payment

Thank you

000002

**DON THOMPSON & ASSOCIATES, INC.**
**COURT REPORTING**
**P.O. BOX 2236**
**BANGOR, ME 04402-2236**

Phone: 207-394-3900  
Fax: 207-394-3003

Email: dtreport@myottmail.com  
FEDERAL ID: 01-0482981

August 24, 2017

TO: Michael G. Jones, Esq.  
Martin, Pringle, Oliver, Wallace  
  & Bauer, L.L.P.  
100 North Broadway, Suite 500  
Wichita, KS 67202

**Invoice No.:** SP-KD-178

Re: *The Prudential Insurance Company of America v. hawker Beechcraft Global Customer Support, LLC, f/k/a Hawker Beechcraft Services, Inc.*

**Services Rendered**:

Video Depositions of **Matthew Stern** taken on August 16, 2017 at the Samoset Resort – Ebb Tide Conference Room, 220 Warrenton Street, Rockport, Maine, including recording equipment, setup & breakdown, videographer services, render of video to mpeg format; create master DVD.

| Description | Rate | Time | Amount |
|---|---|---|---|
| 10:00 a.m. – 12:00 p.m. | $295.00 | 1st 2 hrs. | $295.00 |
| 12:00 p.m. – 12:09 p.m. *Billed in ¼ hr. increments | $100.00/hr. | .25 hr. | $25.00 |
| **DVD**: 1 Disc | $33.00/ea. | | $33.00 |
| | | Subtotal: | $353.00 |
| | | Shipping & Handling: | $10.00 |
| | | **Total Due:** | **$363.00** |

**Please remit copy of invoice with payment.**
**THANK YOU.**

000003

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

RECEIVED SEP 26 2017 Martin, Pringle

| Bill To: | W. Rick Griffin, Esq.<br>Martin Pringle Oliver Wallace and Bower<br>9401 Indian Creek Parkway<br>Suite 115<br>Overland Park, KS, 66210 |
|---|---|

Invoice #: NY3091475
Invoice Date: 9/13/2017
Balance Due: $627.99

| Case: | Prudential Insurance Company Of America v. Hawker Beech Craft |
|---|---|
| Job #: | 2673691 \| Job Date: 9/6/2017 \| Delivery: Normal |
| Billing Atty: | W. Rick Griffin, Esq. |
| Location: | Harris Beach PLLC |
| | 100 Wall Street \| 23rd Floor \| New York, NY 10005-3704 |
| Sched Atty: | W. Rick Griffin, Esq. \| Martin Pringle Oliver Wallace and Bower |

| Witness | Description | Amount |
|---|---|---|
| Nathan Marcus | Transcript Services | $529.25 |
| | Professional Attendance | $55.00 |
| | Delivery and Handling | $43.74 |

Notes:

| | |
|---|---|
| Invoice Total: | $627.99 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $627.99 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

68146

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

Invoice #: NY3091475
Job #: 2673691
Invoice Date: 9/13/2017
Balance: $627.99

000004

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

RECEIVED
SEP 25 2017
Martin, Pringle

Bill To: W. Rick Griffin, Esq.
Martin Pringle Oliver Wallace and Bower
100 N Broadway St.
Suite 500
Wichita, KS, 67202-2205

Invoice #: NY3094158
Invoice Date: 9/15/2017
Balance Due: $877.02

| | |
|---|---|
| Case: | Prudential Insurance Company Of America v. Hawker Beech Craft |
| Job #: | 2673691 \| Job Date: 9/6/2017 \| Delivery: Normal |
| Billing Atty: | W. Rick Griffin, Esq. |
| Location: | Harris Beach PLLC |
| | 100 Wall Street \| 23rd Floor \| New York, NY 10005-3704 |
| Sched Atty: | W. Rick Griffin, Esq. \| Martin Pringle Oliver Wallace and Bower |

| Witness | Description | Amount |
|---|---|---|
| | Videography | $490.00 |
| Nathan Marcus | Video Services | $346.50 |
| | Delivery and Handling | $40.52 |

Notes:

| | |
|---|---|
| Invoice Total: | $877.02 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $877.02 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-Information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

Invoice #: NY3094158
Job #: 2673691
Invoice Date: 9/15/2017
Balance: $877.02

68146

000005

Kelley Reporting Associates, LTD.
515 S Main Street, Suite #105
Wichita, KS 67202
Phone: 316-267-8200



FILE COPY

RECEIVED
JUN 22 2017
Martin, Pringle

# INVOICE

MARTIN PRINGLE OLIVER WALLACE & BAUER, LLP
ATTN: W. Rick Griffin
100 N BROADWAY ST, STE 500
WICHITA, KS 67202-2205

**Invoice Number:** 202920
Invoice Date: 06/20/2017
Job Number: 108042

In Re: Prudential Insurance of America v Hawker Beechcraft Global
Witness(s): James Mason
Attendance Date: 06/14/2017, 9:30am
Reporter: Kathy R. Bonfiglio
Reference: Brenda

| Qty Description | Ext |
|---|---|
| **JAMES S. MASON** | |
| 1 Appearance Fee | 75.00 |
| 155 Original & 1 | 635.50 |
| 1 Postage | 9.84 |
| 1 Signature Fee | 25.00 |
| 124 Exhibits | 24.80 |
| 11 Tabs | 2.20 |
| Invoice Total: | 772.34 |

We Appreciate Your Business!

Tax ID: 48-1080971

A finance charge of 1.5% per month or the maximum allowed by law may be charged on balances more than 30 days past due.

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 202920 |
| Invoice Date: | 06/20/2017 |
| Amount Due: | $772.34 |
| Amount Enclosed: | $ |

**CREDIT CARDS ACCEPTED**

   

000006

Kelley Reporting Associates, LTD.
515 S Main Street, Suite #105
Wichita, KS 67202
Phone: 316-267-8200



FILE COPY

RECEIVED
MAY 24 2017
Martin, Pringle

# INVOICE

MARTIN PRINGLE OLIVER WALLACE & BAUER, LLP
ATTN: W. Rick Griffin
100 N BROADWAY ST, STE 500
WICHITA, KS 67202-2205

**Invoice Number:** 202847
Invoice Date: 05/22/2017
Job Number: 107920

In Re: Prudential Insurance of America v Hawker Beechcraft Global
Witness(s): Prudential Rep. Mike Fierro & James Mason
Attendance Date: 05/17/2017, 9:00am
Reporter: Kathy R. Bonfiglio
Reference: Brenda

| Qty Description | Ext |
|---|---|
| **JAMES MASON** | |
| 1 Appearance Fee | 60.00 |
| 127 Original & 1 | 520.70 |
| 1 Postage | 9.60 |
| 1 Signature Fee | 25.00 |
| 105 Exhibits | 21.00 |
| 15 Tabs | 3.00 |
| | 639.30 |

We Apprec

Tax ID: 48-1080971

A finance charge of 1.5% per month or the maximum allowed by law may be charged on balances more than 30 days past due.

*Please detach bottom portion and return with payment*

---

| Invoice Number: | 202847 |
| Invoice Date: | 05/22/2017 |
| Amount Due: | $639.30 |
| Amount Enclosed: | $ |
| **CREDIT CARDS ACCEPTED** | |

   DISCOVER

Cardholder's Name:
Card Number:
Exp. Date:    Phone:
Billing Address:
Zip:    Security Code:
Signature:

000007



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 47779*** | 6/30/2017 | 27538 |
| Job Date | Case No. | |
| 6/21/2017 | 2:16-CV-02380 | |

**Case Name**

Prudential Insurance v. Hawker Beechcraft Global Customer Support, LLC

**Payment Terms**

Due upon receipt

W. Rick Griffin
Martin Pringle Oliver Wallace & Bauer, LLP
100 North Broadway, Suite 500
Wichita KS 67202

William J. Quinn, Jr.  534.25
Technical/Expert - Copy    173.00 Pages

TOTAL DUE >>>   $534.25

Thank you for your business!

Don't forget to call or email us for any of your Real Time Court Reporting, Videoconferencing, Web Conferencing and Out-of-town scheduling needs. We'd love to help!

Contact us at 843-762-6294 or email at office@clark-associates.com

RECEIVED JUL 18 2017 ACCOUNTING
ENTERED ACCOUNTING
ENTERED JUL 25 2017 ACCOUNTING

Tax ID: 57-1123170

*Please detach bottom portion and return with payment.*

W. Rick Griffin
Martin Pringle Oliver Wallace & Bauer, LLP
100 North Broadway, Suite 500
Wichita KS 67202

Invoice No.  : 47779***
Invoice Date : 6/30/2017
**Total Due** : **$534.25**

Remit To: Clark and Associates Inc.
PO Box 73129
N. Charleston SC 29415

Job No.    : 27538
BU ID      : CHS-MAIN
Case No.   : 2:16-CV-02380
Case Name  : Prudential Insurance v. Hawker Beechcraft Global Customer Support, LLC

000008



# INVOICE

Invoice #: 1371
Invoice Date: Aug 23, 2017
Due date: Aug 23, 2017

## Empire State Legal Services LLC

Jermel McClure
3 Church Street suite 736
New Rochelle, NY 10801
United States

Phone: 888-554-4669
empirestatelegal@aol.com

Amount due:
**$125.00**

Bill To:

ajayin@martinpringle.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| PROCESS SERVICE RE: HAWKER | 1 | $125.00 | $125.00 |
| | | Subtotal | $125.00 |
| | | Shipping | $0.00 |
| | | **Total** | **$125.00 USD** |

## Notes

Late Fees
With respect to all attorneys and law firms; payment in full is due immediately upon receipt of our invoice. A late fee of $35.00 will apply to all invoices that remain unpaid over 20 days from the date of invoice ("delinquent accounts").
Invoices over $250.00 and over will be responsible for 20% late fees if not paid within the above 20 day period.
In the event you have an outstanding invoice with us, all future orders shall require advance payment; no exceptions will be made.

Legal Action:
In the event of Non-payment for any reason of 8 week period, we will commence Legal proceeding with the Civil Court of the City of New York.
Returned/Bounced Checks:
A one time $15.00 bank fee will be added in addition to $50.00 processing fees to any stopped or bounced checks.

Thank you for using Empire State Legal Services!

## Terms and Conditions

Terms & Conditions
All accepted work orders are FINAL & fees are NON-REFUNDABLE once the documents & payment have been submitted to us and you have provided authorization to move forward with the attempts to serve the designation individual or entity.
Disputes/Charge-Backs:
All and every client these terms shall apply prior to service with the below indicated on the contract agreement:

All new orders are based on web advertisement, web search by search engines.
All repeated orders are from Original orders are based on web advertisement, web search by search engines;